**Order entered March 4, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01413-CV

## MARSHALL HODGES D/B/A GUARANTEED PRINTING SUPPLY AND RHON ROMMER, Appellants

### V.

## JITENDRA RAJPAL, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-08231**

## ORDER

We **GRANT** appellants' February 27, 2014 unopposed motion for extension of time to

file reply brief and **ORDER** the brief be filed no later than March 21, 2014.


/s/    ELIZABETH LANG-MIERS
          JUSTICE